DALTON HUNTER WILKINSON
5513 ACADIA DR
PEARLINGTON, MS 39572

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

JEFFERSON CAPITAL SYST
ATTN: BANKRUPTCY
200 14TH AVE E
SARTEKK, MN 56377

KEESLER FCU
ATTN: BANKRUPTCY DEPT
P.O.BOX 7001
BILOXI, MS 39531

SMCS
ATTN: BANRUPTCY
5001 PARK ST
MOSS POINT, MS 39563

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001