**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Dalton Hunter Wilkinson, Debtor**          **Case No. 26-50696-KMS**
                                                       **CHAPTER 13**

## <u>CERTIFICATE OF COMPLIANCE OF PROVISION OF</u>
## <u>PAYMENT ADVICES TO CASE TRUSTEE</u>

COMES NOW, Thomas C. Rollins, Jr., Counsel of Record for the above named Debtor

and files this her certificate of compliance with the Court that payment advices required by 11

U.S.C. §521(a)(1)(B)(iv) have been provided to the duly appointed and acting Case Trustee,

Warren A. Cuntz, Jr., P.O. Box 3749, Gulfport, MS 39505-3749 pursuant to standing order of

the United States Bankruptcy Court for the Southern District of Mississippi.

WITNESS my signature on May 7, 2026.

                                          <u>/s/ Thomas C. Rollins, Jr.</u>
                                          Thomas C. Rollins, Jr. (MSBN 103469)
                                          The Rollins Law Firm, PLLC
                                          P.O Box 13767
                                          Jackson, MS 39236
                                          601-500-5533

### <u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that I have this day electronically filed with
the Court, a true and correct copy of the above and foregoing Certification on May 7, 2026.  All
interested parties will receive electronic notification from the Court.

                                          <u>/s/ Thomas C. Rollins, Jr.</u>
                                          Thomas C. Rollins, Jr.